JS - 6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 10-9391 GAF (VBKx) | Date | April 12, 2011 |
|---|---|---|---|
| Title | Scott Allen Summers v. California Manor | | |

| Present: The Honorable | **GARY ALLEN FEESS** | | |
|---|---|---|---|
| Renee Fisher | None | N/A | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. | |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: | | |
| None | None | | |

**Proceedings:**     **(In Chambers)**

**ORDER DISMISSING CASE**

On December 9, 2010, Plaintiff Scott Summers ("Plaintiff") filed a complaint against California Manor in this Court alleging that he was unlawfully evicted from his apartment on December 6, 2010, without due notice.  (Docket No. 3, Compl.)  On January 6, 2011, this Court dismissed this complaint with leave to amend on the ground that Plaintiff had not asserted any claim under federal law, even though he suggested in a response to an Order to Show Cause that he might mean to assert a claim under the Due Process Clause, or possibly a claim for retaliation under the Americans with Disabilities Act ("ADA").  (Docket No. 16, 1/6/11 Order.)

On January 14, 2011, Plaintiff filed a First Amended Complaint ("FAC").  This complaint also hinted at possible violations of federal law but again failed to state a federal cause of action.  The Court accordingly dismissed the FAC with leave to amend.  (Docket No. 22, 3/21/11 Order.)  The Court required Plaintiff to file his Second Amended Complaint by April 6, 2011.  (Id. at 2.)  The Court specifically advised Plaintiff that failure to file an amended complaint by that deadline would be deemed consent to dismissal of this action.  To date, Plaintiff has not filed a Second Amended Complaint.  This case is therefore **DISMISSED**.

**IT IS SO ORDERED.**